MUNICIPAL GROCERY STORES, INC., Respondent, v. EASTERN MILK & CREAM Co., INC., Appellant.— Order denying defendant's motion to dismiss the complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the contract lacks mutuality and consideration and is too indefinite to be enforced. (Nassau Supply Co. v. Ice Service Co., 252 N. Y. 277; Jackson v. Alpha Portland Cement Co., 122 App. Div. 345; Goodyear v. Koehler Sporting Goods Co., 159 id. 116; Plant Manufacturing Corporation v. Renner, 214 id. 606; Williston Cont. § 104.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

FANNIE NESHICK, Respondent, v. SAMUEL NESHICK, Appellant.— Order granting plaintiff's motion for alimony pendente lite and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. BURKE BUILDING Co., INC., and Others, Defendants. INTERBORO ASSOCIATES, INC., Appellant, and LESTER V. ALLERS, Respondent.— The decision of this court handed down on April 24, 1931, ▌ is hereby amended to read as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN ORRICO, Appellant, v. GEORGE WASHINGTON HERZFELD and Others, Defendants. FRITZ NEUBURGER, Individually, and FRITZ NEUBURGER and Others, as Executors, etc., of CHARLES L. HALLGARTEN, Deceased, Respondents.— Order directing plaintiff to assign tax liens, to discontinue action and to cancel lis pendens affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Davis, J., dissents.